| | |
|---|---|
| 1   JOSEPH P. RUSSONIELLO (CSBN 44332)<br>    United States Attorney | **FILED** |
| 2 | |
| 3   BRIAN STRETCH (CSBN 163973)<br>    Chief, Criminal Division | FEB 2 9 2008 |
| 4   DENISE MARIE BARTON (MABN 634052)<br>    Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |

1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney

2

3    BRIAN STRETCH (CSBN 163973)
     Chief, Criminal Division

4    DENISE MARIE BARTON (MABN 634052)
     Assistant United States Attorney

5

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone: (415) 436-7359
     Facsimile: (415) 436-7234
8    denise.barton@usdoj.gov

9    Attorneys for Plaintiff

**FILED**

FEB 2 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 03-07-70346 |
|     Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | ) ) | |
| ANDREA FERREIRA DESOUZA,<br>    a/k/a ANDREA LNU,<br>    a/k/a SUHAIL CRUZ-PAGAN | ) ) ) ) | |
|     Defendant. | ) ) | |

On February 21, 2008, when the parties last appeared on this matter, the Court set a further date of March 5, 2008 for a Preliminary Hearing / Arraignment. The parties now stipulate and request that the Court enter an Order that the Preliminary Hearing be moved from the March 5, 2008 calendar and be continued until April 2, 2008, and that time should be excluded from the Speedy Trial Act calculations from February 21, 2008 through April 2, 2008 for effective preparation of counsel. The parties are discussing pre-trial resolution of this matter and require additional time for defense counsel to review discovery and for the parties to engage in meaningful discussions. Further, counsel for the defendant does not believe that it is within

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME - CR 03-07-70346

1

1  her client's best interest to hold a preliminary hearing within 10 days, pursuant to Fed. R. Crim.
2  P. 5.1(c),(d). The parties represent that granting this continuance is necessary for effective
3  preparation of counsel to permit defense counsel to review discovery and to afford counsel time
4  to discuss pre-indictment resolution, taking into account the exercise of due diligence. See 18
5  U.S.C. § 3161(h)(8)(B)(iv).

7  IT IS SO STIPULATED.

8                                JOSEPH P. RUSSONIELLO
                              United States Attorney

10 DATED: February 28, 2008          /s/
                              DENISE MARIE BARTON
11                               Assistant United States Attorney

13 DATED: February 28, 2008          /s/
                              CAMELLIA BARAY
14                               Attorney for ANDREA FERREIRA DESOUZA

16  For the reasons stated above, the Preliminary Hearing shall be removed from the March 5,
17  2008 calendar and be continued until April 2, 2008. The Court further finds that the ends of
18  justice served by the continuance outweigh the best interests of the public and the defendant in a
19  speedy trial and that time should be excluded from the Speedy Trial Act calculations from
20  February 21, 2008 through April 2, 2008 for effective preparation of counsel. See 18 U.S.C.
21  §3161(h)(8)(A). The failure to grant the requested continuance would deny the defendant
22  effective preparation of counsel, taking into account the exercise of due diligence, and would
23  result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).
24  **IT IS SO ORDERED.**

DATED: 2-29-08

THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge