JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. CR 03-07-70346 BZ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | ) | |
| ANDREA DESOUZA, | ) | |
| Defendant. | ) | |

   This matter is set for a Preliminary Hearing / Arraignment on April 2, 2008. Since the last appearance before this Court, the defendant has been designated as a material witness and held on a material witness arrest warrant in the matter of *United States v. Glenio Jesua Ferreira Silva*, 07-678 JSW. The parties anticipate that the defendant will be deposed in this matter as a material witness on April 2, 2008. Further, the parties are discussing pre-trial resolution of this matter and require additional time for defense counsel to review discovery and for the parties to engage in meaningful discussions. Finally, counsel for the defendant does not believe that it is in her client's best interest to hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c),(d). The parties now stipulate and request that the Court enter an Order that the Preliminary Hearing be removed from the April 2, 2008 calendar and be continued until April

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70346 BZ

1  14, 2008 and that time should be excluded from the Speedy Trial Act calculations from April 2,
2  2008 calendar and be continued until April 14, 2008 for effective preparation of counsel. The
3  parties represent that granting this continuance is necessary for effective preparation of counsel
4  to permit defense counsel to review discovery and to afford counsel time to discuss pre-
5  indictment resolution, taking into account the exercise of due diligence. See 18 U.S.C. §
6  3161(h)(8)(B)(iv).
7   IT IS SO STIPULATED.

8                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
9

10
   DATED: March 26, 2008                _____/s/_____
11                                      DENISE MARIE BARTON
                                        Assistant United States Attorney
12

13
   DATED: March 26, 2008                _____/s/_____
14                                      CAMELLIA BARAY
                                        Attorney for ANDREA DESOUZA
15

16  **IT IS SO ORDERED.**

17       For the reasons stated above, the Preliminary Hearing shall be removed from the April 2,
18  2008 calendar and be continued until April 14, 2008 , 2008. The Court further finds that the
19  ends of justice served by the continuance outweigh the best interests of the public and the
20  defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
21  calculations from April 2, 2008 calendar and be continued until April 14, 2008 for effective
22  preparation of counsel. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested
23  continuance would deny the defendant effective preparation of counsel, taking into account the
24  exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C.
25  §3161(h)(8)(B)(iv).
26  DATED:_____                 _____

27                                       Honorable Joseph C. Spero
                                         United States Magistrate Judge
28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70346 BZ