JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. CR 03-07-70346 BZ |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME |
|     v. ) | |
| ANDREA DESOUZA, ) | |
|     Defendant. ) | |

    This matter is set for a Preliminary Hearing / Arraignment on April 14, 2008. Since the last appearance before this Court, the defendant has been designated as a material witness and held on a material witness arrest warrant in the matter of *United States v. Glenio Jesua Ferreira Silva*, 07-678 JSW. The parties anticipate that the defendant will be deposed in this matter as a material witness on April 15, 2008. Further, the parties are discussing pre-trial resolution of this matter and require additional time for defense counsel to review discovery and for the parties to engage in meaningful discussions. Finally, counsel for the defendant does not believe that it is in her client's best interest to hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c),(d). The parties now stipulate and request that the Court enter an Order that the

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70346 BZ

1  Preliminary Hearing be removed from the April 14, 2008 calendar and be continued until April
2  17, 2008 and that time should be excluded from the Speedy Trial Act calculations from April 14,
3  2008 calendar and be continued until April 17, 2008 for effective preparation of counsel.  The
4  parties represent that granting this continuance is necessary for effective preparation of counsel to
5  permit defense counsel to review discovery and to afford counsel time to discuss pre-indictment
6  resolution, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
7   IT IS SO STIPULATED.

8                                                                    JOSEPH P. RUSSONIELLO
                                                                     United States Attorney
9

10 DATED: April 11, 2008                          _____/s/_____
11                                                DENISE MARIE BARTON
                                                  Assistant United States Attorney
12

13 DATED: April 11, 2008                          _____/s/_____
14                                                CAMELLIA BARAY
                                                  Attorney for ANDREA DESOUZA
15

16 IT IS SO ORDERED.
17      For the reasons stated above, the Preliminary Hearing shall be removed from the April 14,
18 2008 calendar and be continued until April 17, 2008 , 2008.  The Court further finds that the ends
19 of justice served by the continuance outweigh the best interests of the public and the defendant in
20 a speedy trial and that time should be excluded from the Speedy Trial Act calculations from April
21 14, 2008 calendar and be continued until April 17, 2008 for effective preparation of counsel.  See
22 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny the
23 defendant effective preparation of counsel, taking into account the
24 //
25 //
26 //
27 //
28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70346 BZ

1  exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.
2  §3161(h)(8)(B)(iv).
3
4  DATED:_____                    _____
5                                          Honorable James Larson
                                            United States Magistrate Judge
6

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70346 BZ