AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18, U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

E-filing

**DEFENDANT - U.S.**
► ANDREA DESOUZA, aka SUHAIL CRUZ PAGAN

**DISTRICT COURT NUMBER**
CR 08 0240 MAG

**PENALTY:**
Maximum Prison Term of One Year, Maximum Fine $100,000, Maximum Supervised Release of One Year, Mandatory Special Assessment of $25

### PROCEEDING
Name of Complainant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
CR 03-07-70346

**DEFENDANT**
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
APR 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution
USM

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed Month/Day/Year

**DATE OF ARREST** ►
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Denise M. Barton

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**FILED**

APR 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08      0240 |
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor) |
| v. | |
| ANDREA DESOUZA, a/k/a Suhail Cruz Pagan, | |
| Defendant. | SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

Beginning on or about March 7, 2005 and continuing until on or about February 20, 2008, in the Northern District of California, the defendant,

ANDREA DESOUZA,
a/k/a Suhail Cruz Pagan,

knowingly possessed an identification document, authentication feature, and false identification document, that was not an identification document issued lawfully for her use, to wit: one California driver's license in the name of Suhail Cruz Pagan, with the intent that such

//

//

INFORMATION                           Page 1 of 2

1  document and feature be used to defraud the United States, in violation of Title 18, United States
2  Code, Section 1028(a)(4), a Class A Misdemeanor.
3
4
5  DATED:   April 15, 2008                    JOSEPH P. RUSSONIELLO
                                               United States Attorney
6
7
8                                              /s/ Kyle F. Waldinger
                                               KYLE WALDINGER
9                                              Deputy Chief, Major Crimes Section
10
    (Approved as to form: /s/ Denise M. Barton )
11                        DENISE MARIE BARTON
                          Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION                                    Page 2 of 2