JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-240 MAG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE |
| v. | |
| ANDREA DESOUZA, | ~~FILED UNDER SEAL~~ |
| Defendant. | |

     The parties hereby stipulate that sentencing in this matter be continued from Wednesday, June 25, 2008 at 9:30 am to a date in October 2008 to be determined by the Court. The reasons for the stipulation for the continuance are as follows:

     The defendant has pleaded guilty under a cooperation plea agreement in which she agreed to "be available for any meetings with the United States Attorney's Office or Immigration and Customs Enforcement agents, depositions, and for trial *[in the matter of United States v. Glenio Silva, CR 07-678 JSW]*. . . ." A date for trial in this matter has not yet been set and is not anticipated to be set until completion of the motion hearing which is set for August 21, 2008. Until the defendant assists in preparation for and testifies at this trial as required by her plea agreement, the level of her assistance and compliance

STIPULATION AND [PROPOSED] ORDER CONTINUING THE SENTENCING DATE- CR 08-240 MAG

1  with the terms of the plea agreement cannot be fully assessed. Based on the current
2  schedule in *United States v. Glenio Silva, CR 07-678 JSW*, it is not anticipated that a trial
3  will be completed until mid-September 2008 at the earliest.
4      The parties agree that the sentencing of the defendant before those activities are
5  resolved would not be efficient. The parties agree that continuing the defendant's
6  sentencing date until her cooperation may be fully evaluated is the best approach for the
7  efficient administration of justice in this matter.
8      Because of the above information, the parties agree and request that this
9  submission be filed ~~UNDER SEAL.~~
10
11 IT IS SO STIPULATED.
12                       JOSEPH P. RUSSONIELLO
                      United States Attorney
13
14
15 DATED: June 20, 2008        DENISE MARIE BARTON
                      Assistant United States Attorney
16
17
18 DATED: June 20, 2008        /s/
                      CAMELLIA BARAY
                      Attorney for ANDREA DESOUZA
19
20 For the foregoing reasons, IT IS HEREBY ORDERED that the sentencing in this matter
21 be continued from Wednesday, June 25, 2008 at 9:30 am to October 20, 2008 at 9:30 AM
22
23 DATED: 6/20/08
24                       HONORABLE NANDOR J. VADAS
                      United States Magistrate Judge
25
26
27
28