1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7    UNITED STATES OF AMERICA,
                                                    No. CR 08-240
8            Plaintiff,
9            v.                                     CLERK'S NOTICE
10   ANDREA DESOUZA,
11           Defendant.
     _____/
12
13   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15   YOU ARE NOTIFIED THAT the sentencing before Magistrate Judge Nandor J. Vadas previously
16   noticed for October 20, 2008 at 9:30 a.m. has been reset to **October 27, 2008 at 9:30 a.m.** , 450 Golden
17   Gate Avenue, San Francisco, California. Counsel shall contact Judge Vadas' chambers prior to said date
18   to determine the courtroom in which the sentencing will take place.
19   Dated: July 8, 2008
20                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
21
22                                          by: _Gloria Masterson_____
                                                    Gloria Masterson
23                                                  Deputy Clerk
24
25
26
27
28