**United States District Court**

For the Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  UNITED STATES OF AMERICA,

   No. CR 08-240
8        Plaintiff,

9        v.                              CLERK'S NOTICE

10 ANDREA DESOUZA,

11        Defendant.

12 _____/

13 TO ALL PARTIES AND COUNSEL OF RECORD:

14

15 YOU ARE NOTIFIED THAT the sentencing before Magistrate Judge Nandor J. Vadas previously

16 noticed for October 20, 2008 at 9:30 a.m. has been reset to **October 23, 2008 at 9:30 a.m.** , 450 Golden

17 Gate Avenue, San Francisco, California. Counsel shall contact Judge Vadas' chambers prior to said date

18 to determine the courtroom in which the sentencing will take place.

19 Dated:  July 8, 2008

                            FOR THE COURT,
20                          Richard W. Wieking, Clerk

21
                     by: _Gloria Masterson_____
22                          Gloria Masterson
                            Deputy Clerk
23
24
25
26
27
28